AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Pedro Wilson Hernandez-Castillo

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:06-M-109 M

I, Pedro Wilson Hernandez-Castillo, charged in a (complaint) (petition) pending in this District with Reentry after deportation in violation of Title 8, U.S.C., 1326(a)(b)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

x [signature]
*Defendant*

10/27/06
*Date*

[signature]
*Counsel for Defendant*